| PROB 22<br><br>TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>1:17CR00069 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)*<br>3:23-cr-00021 |

| NAME OF PROBATION/SUPERVISED RELEASEE<br><br>Robert Anthony Castro | DISTRICT<br><br>Utah |
|---|---|
| | DIVISION |
| | NAME OF SENTENCING JUDGE<br><br>Clark Waddoups |

| | DATES OF SUPERVISION TERM | FROM<br>2/16/2023 | TO<br>2/15/2026 |
|---|---|---|---|

**OFFENSE**

Hobbs Act Robbery

---

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

April 25, 2023
      Date

Honorable Clark Waddoups
Senior U.S. District Judge

---

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

May 1, 2023
    Effective Date

United States District Judge

Prob12A
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

**REPORT ON OFFENDER**
**UNDER SUPERVISION**
**April 28, 2023**

Name of Offender: **Robert Anthony Castro**

Case Number:  **1:17CR00069**

Name of Sentencing Judicial Officer: **Honorable Clark Waddoups – District of Utah**

Date of Original Sentence: **June 11, 2018**

Original Offense: **Hobbs Act Robbery x3**

Original Sentence: **66 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **February 16, 2023**

Name of Assigned Judicial Officer: **Not Yet Assigned**

**U. S. PROBATION OFFICER SUMMARY**

On June 11, 2018, Honorable Judge Clark Waddoups in the District of Utah sentenced Robert Anthony Castro to 66 months in custody for three (3) counts of Hobbs Act Robbery, followed by a 36-month term of supervised release. On February 16, 2023, Castro began supervision in the District of Nevada following an approved transfer of supervision request by the U.S. Probation Office in the District of Utah.

The special conditions imposed include: substance abuse treatment, drug/alcohol testing, mental health treatment, access to all financial information, must not transfer/sell/give away assets valued more than $500 without U.S. Probation approval, apply all money revied from taxes, etc. to court-ordered financial obligations, placed on treasury offset program, notify USPO of any change in economic circumstances, and no contact/material/tattoos/clothing associated with gangs.

**RE: Robert Anthony Castro**

Prob12A
D/NV Form
Rev. June 2014

On April 25, 2023, Honorable Judge Clark Waddoups signed the initiating order transferring jurisdiction of Castro's case out of the District of Utah pending acceptance in the District of Nevada.

Since beginning supervision with the US Probation office in the District of Nevada, Castro has been compliant with all terms of supervised release and lives with his in-laws and biological children in Fallon, NV where he is becoming an integral figure for his children. He has enrolled in treatment with New Frontier, provides consistently negative UA tests for the US probation office, as well as being compliant with all other conditions and checking in with his US probation officer. The US probation office requests that jurisdiction be accepted due to the positive influences he has in Nevada and his familial ties that have the potential to aid him in having a successful term of supervised release.

Respectfully submitted,

Digitally signed by Anthony
Spinella
Date: 2023.04.28 14:30:56
-07'00'

_____

Anthony Spinella
United States Probation Officer

Approved:

Digitally signed by Erik Flocchini
Date: 2023.04.28 09:56:58 -07'00'

_____

Erik Flocchini
Supervisory United States Probation Officer

**RE: Robert Anthony Castro**　　**DO NOT FILE**

Prob12A
D/NV Form
Rev. June 2014

---

Please indicate your response below and return to the Probation Office:

---

☑　　　Concur with the proposed course of action.

☐　　　Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

-------------------------------------------------------------------------------

_____
Signature of Judicial Officer

_May 1, 2023_____
Date